**Form 9**

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Trading Technologies International, Inc. v. CQG, Inc. and CQG, LLC

No. 16-1616

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Appellant certifies the following (use "None" if applicable; use extra sheets if necessary):

1.     The full name of every party or amicus represented by me is:

CQG, Inc. and CQG, LLC (fka CQGT, LLC)

2.     The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

CQG, Inc. and CGQ, LLC are the real parties in interest.

3.     All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

CQG, Inc. does not have a parent company.  CQG, LLC is a wholly-owned subsidiary of CQG, Inc. No publicly held company owns 10 percent or more of the stock of either CQG, Inc. or CQG, LLC.

4.  ☐   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

See Exhibit A, attached.

| March 7, 2016 | /s/  Kenneth R. Adamo |
|---|---|
| Date | Signature of counsel |
| | Kenneth R. Adamo |
| | Printed name of counsel |

Please Note: All questions must be answered

cc: _____

# EXHIBIT A

The names of all law firms and the partner or associates that appeared for CQG, Inc. and CQG, LLC (fka CQGT, LLC) in the trial court (N.D. IL Case No. 05-cv-4811) or are expected to appear in this court (Fed. Cir. Case No. 16-1616) are:

**Kirkland & Ellis LLP**
- Kenneth R. Adamo
- John O'Quinn
- Eugene Goryunov
- Meredith Zinanni

**Loeb & Loeb LLP**
- Adam Glenn Kelly
- Christopher M Swickhamer
- John Anthony Cotiguala
- Laura A Wytsma
- Terry D Garnett
- William J. Kramer
- William Joshua Voller
- Melaina D. Jobs
- Johnnet Simone Jones

**Chuhak & Tecson, P.C.**
- David Seth Argentar

**Bell, Boyd & Lloyd, LLC (now K&L Gates)**
- Heather Ann Boice
- Jeana R. Lervick
- Kara Eve Foster Cenar

**Faegre & Benson LLP (now Faegre Baker Daniels, LLP)**
- Jared B. Briant
- Nina Y. Wang
- Mark W. Fischer
- Neal S. Cohen

**Welsh & Katz, Ltd.**
- Joseph E. Cwik
- Kara Eve Foster Cenar
- Robert B. Breisblatt

**Bryan Cave LLP**
- Kara Eve Foster Cenar
- Mariangela M. Seale

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on by:

March 7, 2016

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

Kenneth R. Adamo

/s/ Kenneth R. Adamo

Name of Counsel                         Signature of Counsel

Law Firm   Kirkland & Ellis LLP

Address   300 N. LaSalle

City, State, ZIP   Chicago, IL  60654

Telephone Number   312-862-2000

FAX Number   312-862-2200

E-mail Address   kenneth.adamo@kirkland.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.