# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Trading Technologies Internat v. CQG, Inc.

No.16-1616

## Entry of Appearance

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     X As counsel for:     Trading Technologies International, Inc.

I am, or the party I represent is (select one):
☐ Petitioner  ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant
☐ Appellant  X Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:
   Name: Erika H. Arner
   Law firm: Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
   Address: Two Freedom Square, 11955 Freedom Drive
   City, State and ZIP: Reston, VA  20190-5675
   Telephone: (571) 203-2754
   Fax #:   (202) 408-4400
   E-Mail address: erika.arner@finnegan.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

X I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):   3/17/08

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
   ☐ Yes   X No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date August 30, 2016               /s/Erika H. Arner
                                   Signature of pro se or counsel

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing ENTRY OF APPEARANCE were served upon registered counsel by operation of the Court's CM/ECF system on this 30th day of August, 2016.

| | |
|---|---|
| Erika H. Arner | /s/Erika H. Arner |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm: | Finnegan, Henderson, Farabow, Garrett & Dunner,LLP |
| Address: | 11955 Freedom Drive, Suite 800 |
| City, State and Zip | Reston, VA  20190-5676 |
| Telephone: | (571) 203-2754 |
| Fax #: | (202) 408-4400 |
| E-Mail address: | erika.arner@finnegan.com |